# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFREDO HERNANDEZ-JIMENEZ, | Case No. 21cv936-MMA-MSB |
| Petitioner, | |
| v. | **ORDER GRANTING MOTION TO PROCEED IN FORMA PAUPERIS** |
| GREGORY J. ARCHAMBEAULT, et al., | |
| Respondents. | |

Petitioner, a detainee in the custody of the Department of Homeland Security, Bureau of Immigration and Customs Enforcement, proceeding pro se, has filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241. Petitioner has also filed a request to proceed in forma pauperis which indicates Petitioner cannot afford the $5.00 filing fee. Thus, the Court **GRANTS** Petitioner's application to proceed in forma pauperis. The Clerk of the Court shall file the Petition for Writ of Habeas Corpus without prepayment of the filing fee.

**IT IS SO ORDERED**.

DATE: May 28, 2021

HON. MICHAEL M. ANELLO
United States District Judge